# EXHIBIT B

## Portus Singapore Pte Ltd. v. Whirlpool
## Infringement Chart for U.S. Patent No. 8,914,526

| U.S. Patent No. 8,914,526 | Whirlpool |
|---|---|
| 57. A system for remote access of user premises networks located in respective user premises, said system comprising: | Whirlpool Corporation provides a system for remote access of user premises networks located in respective user premises. <br><br> For example, Whirlpool Corporation provides smart appliances (such as smart wall ovens/ oven-microwave combos (e.g., WOC75EC0HS), smart slide-in ranges (e.g., WEE750H0H), smart over-the-range microwaves (e.g., WMHA9019H); Smart laundry (e.g., WFW9620HC) and smart front-load dryer (e.g., WGD9620HC), smart dishwasher families with Whirlpool® app connectivity) deployed within a home (user premises) and connected to Whirlpool cloud services for remote monitoring/control of appliances. <br><br>  <br><br> Source: https://www.whirlpool.com/smart-appliances.html |

| U.S. Patent No. 8,914,526 | **Whirlpool** |
|---|---|
| |  Source: https://www.whirlpool.com/smart-appliances.html#feature-carousel |

| U.S. Patent No. 8,914,526 | **Whirlpool** |
|---|---|
| | **Whirlpool Corporation Teams with IBM Services to Manage Global Operations on the Cloud**<br><br>@ Amy Ralls  📅 October 26, 2018  🏷 Member News<br><br>ARMONK, N.Y., Oct. 25, 2018 — IBM (NYSE: IBM) and Whirlpool Corporation today announced that Whirlpool will use IBM Cloud to manage and provide 24/7 access to the company's critical enterprise applications including enterprise resource planning, customer relationship management, and business warehouse to help provide worldwide operations efficiency.<br><br>As Whirlpool Corporation purposefully innovates its smart appliances to fulfill real human needs, it must increasingly rely on growing amounts of data to achieve what consumers expect from the world's leading manufacturer of major home appliances.<br><br>In working with IBM on a cloud-based approach, the Benton Harbor, Mich., based Whirlpool Corporation will leverage the flexibility and scalability of the IBM Cloud to run Whirlpool's SAP HANA environments, including around the clock insights into its 70 manufacturing global sites, its distribution and call centers, and other systems to provide worldwide access and increased efficiencies.<br><br>Source: https://www.ascdi.com/whirlpool-corporation-teams-with-ibm-services-to-manage-global-operations-on-the-cloud/ |
| [57A] a first network (a) located external to said user premises, (b) including a first arrangement of processing circuitry comprising at least one hardware processor programmed to control | The system includes a first network (Whirlpool cloud services network) located external to said user premises; including a first arrangement of processing circuitry comprising at least one hardware processor programmed to control network access ((Whirlpool cloud services to manage accounts, device registration, device state synchronization, and remote access); and including a hardware user access browser device that comprises a processor running an access browser ( for example, Whirlpool Smart Appliance control panel and/or smartphones/tablets running the Whirlpool App). |

| U.S. Patent No. 8,914,526 | **Whirlpool** |
|---|---|
| network access, and (c) including a hardware user access browser device that comprises a processor running an access browser; and | Make a Privacy Request<br><br>English (U.S.)<br><br>Whirlpool Corporation, Whirlpool Canada LP, and their brands, which include Whirlpool®, Maytag®, KitchenAid®, Jenn-Air®, Amana®, Gladiator®, Roper®, Estate®, EveryDrop®, Swash®, Inglis®, Affresh®, and Speed Queen™ (Canada only) (together "Whirlpool", "we" or "us"), value your trust. This Privacy Notice describes how Whirlpool will collect, use, retain, and share Personal Information (defined below) in locations where this notice is posted, including on websites and apps (each, a "Website" or "App"), as well as our smart appliances that connect to the Internet using Whirlpool's cloud-based services ("Smart Appliances"). By using a Website, App, or Smart Appliance, or interacting with us through channels where this Notice is posted (each, a "Service"), you acknowledge the collection, use, and disclosure of your information as described in this Privacy Notice. Some of our other services or offerings may be governed by their own privacy notices, which we share with you through those services or offerings. This Privacy Notice is not a contract and does not create any legal rights or obligations. Whirlpool job applicants should view our applicant privacy notice, available at WhirlpoolCareers.com.<br><br>If you are a California resident, see Sections I and II, and the section called "California Residents: Your California Privacy Rights" for our notice at collection and information provided pursuant to California law.<br><br>Source: https://www.whirlpoolcorp.com/privacy-policy.html<br><br>**2. Usage Information**<br><br>Usage Information we collect may include: (i) your device ID and IP address, which is a unique set of numbers assigned to your computer by your Internet Service Provider (ISP); (ii) the type of browser and operating system you use; (iii) your Smart Appliance ID, serial and part numbers, other device identifiers, and IP address, including when you connect a Smart Appliance to our network; (iv) the physical location of your device or Smart Appliance (as determined, for example, using satellite, cell phone tower, and WiFi signals); and (v) if you use our App, where you downloaded it and how often you use it. We may collect other Usage Information about your online sessions, such as the URL you came from to get to our Websites, the sites you visit when you leave us, and the method you used to browse away from the page. This may include Website page and App interaction information and other electronic communications and content from your use of the Website and App. This might also include the date, time, and location of your visit; the areas of the Website and App you visit and for how long; what search terms, contact information, or other data you enter; mouse movements; screen captures; products or content you view; or links you click.<br><br>After you connect a Smart Appliance to our network, we may automatically collect Usage Information from the Smart Appliance on a periodic basis, including status (such as whether the Smart Appliance is off or on, and details about the cycle or function it is performing), instructions that have been entered on the Smart Appliance, and aspects of its environment that may affect how it operates (such as input voltage, signal strength, and air temperature). We may also track and collect App usage data, such as the date and time the App accesses our servers, your interactions with the App, what information has been downloaded to the App, and the instructions that are transmitted to the Smart Appliance.<br><br>Source: https://www.whirlpoolcorp.com/privacy-policy.html |

| U.S. Patent No. 8,914,526 | **Whirlpool** |
|---|---|
| |  Source: https://www.whirlpool.com/smart-appliances.html#feature-carousel<br><br>**Control your smart appliances with the Whirlpool® App**<br><br>Whether you're at home or on-the-go, you can control your Whirlpool® Smart Appliances with the Whirlpool® App.1 Instead of using a separate laundry app or kitchen app, it's easy to download the Whirlpool® App and connect to your smart kitchen and laundry appliances. Once you're connected, you can control your smart oven, washer and dryer and more from your mobile device or tablet. Send cooking instructions to your oven or schedule a wash cycle on your washing machine. Then, use the app to track progress and receive a notification when a task is complete. The Whirlpool® App helps you spend less time checking on your appliances so you can spend more time with your family.<br><br>Source: https://www.whirlpool.com/smart-appliances/app.html |

| U.S. Patent No. 8,914,526 | **Whirlpool** |
|---|---|
| | **How To Create A Whirlpool® App Account**<br><br>Stay in control and connect to your Whirlpool smart appliances remotely with an account on the Whirlpool app. Enabling you to send commands, track progress, and access features from your smartphone, tablet, or compatible voice enabled device.<br><br>1. To start, download the Whirlpool app from the Apple app store or Google Play<br><br>2. Once installed, open the app and click account and then Account Settings<br><br>3. Enter your email address and click next<br><br>4. Enter your first and last name, as well as your phone number and then click next<br><br>5. Enter your street address and click next<br><br>6. Shortly after submission you'll receive an email from Whirlpool brand with a link to confirm your account. If you didn't receive the confirmation email, please check your spam folder<br><br>7. Click the link in the email to complete your account setup<br><br>8. Return to the Whirlpool app, log in and select add appliance<br><br>Source: https://www.whirlpool.com/home-innovations/connected-appliances/connect.html<br><br>Whirlpool Smart Appliance control panel (touchscreen)  connected to Whirlpool cloud, acting as a  hardware user access browser device that comprises a processor running an access browser |

| U.S. Patent No. 8,914,526 | **Whirlpool** |
|---|---|
| |   Source:  https://homedelivery.whirlpoolcorp.com/kitchen/cooking/ranges/slide-in/p.6.4-cu.-ft.-smart-slide-in-electric-range-with-air-fry,-when-connected.wee750h0hw.html |

| U.S. Patent No. 8,914,526 | **Whirlpool** |
|---|---|
| | Source: https://www.whirlpool.com/kitchen/cooking/smart-oven.html#:~:text=Smart%20appliances%20that%20get%20smarter,downloaded%20as%20they're%20released. |
| [57B] a plurality of second arrangements of processing circuitry each comprising at least one hardware processor programmed to control network access, each of at least a subset of which is located in a respective one of the user premises and part of the respective user premises network of the respective user premises; | The system includes a plurality of second arrangements (smart appliances deployed in users' homes), the smart appliances deployed in users' homes (each with embedded processors and network interfaces) and connected as devices on the user's home network (e.g., Wi-Fi router) to control (Remote Enable) network access (access your smart appliances). Each smart appliance is part of the user premises network and participates in network access under local control and cloud coordination. |

| U.S. Patent No. 8,914,526 | **Whirlpool** |
|---|---|
| | **Whirlpool® 6.4 cu. ft. Smart Combination Wall Oven** WOC75EC0H <br><br> **Key Features & Benefits** <br><br> **Smart Appliance** <br> Care smarter with connected features that let you send cooking instructions to the oven from your smartphone, control your kitchen with voice commands using a compatible voice-enabled device* or skip preheating. <br><br> **Scan-to-Cook Technology™** <br> Get the right settings every time. Scan a frozen food barcode with your smartphone or tablet and send recommended or customized cooking instructions straight to your oven or microwave for dinner done the way your family wants it. <br><br> Source: https://www.whirlpool.com/content/dam/global/documents/202003/specification-sheet-woc75ec0hspecsheetv01.pdf (year 2020) |

| U.S. Patent No. 8,914,526 | **Whirlpool** |
|---|---|
| |  |
| | Source: https://www.whirlpool.com/content/dam/global/documents/201612/instruction-sheet-W10901596-RevA.pdf (12/16) |

| U.S. Patent No. 8,914,526 | **Whirlpool** |
|---|---|
| |  Source: https://www.whirlpool.com/content/dam/global/documents/201612/instruction-sheet-W10901596-RevA.pdf (12/16) |

| U.S. Patent No. 8,914,526 | **Whirlpool** |
|---|---|
| | <br><br>Source: https://www.whirlpool.com/content/dam/global/documents/201809/service-manual-w11243198-smart-all-in-one-washer-dryer.pdf (2018) |

| U.S. Patent No.<br>8,914,526 | **Whirlpool** |
|---|---|
| | **Set a Remote Start**<br><br>Remote Start mode allows the consumer to start their washer/dryer remotely from the Whirlpool® app.<br><br>After preparing your laundry load and selecting your cycle settings, touch and hold the DOWNLOAD & GO button for 3 seconds. The Remote Start status indicator (▯) and the indicator above the Start/Pause button will begin blinking. Touch and hold START/PAUSE to set the mode. The indicator above Start/Pause will go out, and the Remote Start indicator will be solidly lit.<br><br>When a Remote Start command is received from the app, the washer/dryer will start the cycle, causing the indicator above Start/Pause to be lit (indicating running state). The Remote Start indicator will remain lit.<br><br>**HELPFUL TIP:** Make sure that the washer/dryer remains closed and the cycle is not adjusted until the cycle is started. Any interaction with the washer/dryer itself after a Remote Start has been set will cancel the Remote Start. If the washer/dryer needs to be paused to add garments, the Remote Start will need to be reinitiated.<br><br>**NOTE:** If no WiFi connection is available, the Remote Start will not be set. The WiFi indicator (📶) will blink for 2 seconds, then go out. If the washer/dryer is WiFi connected but the Whirlpool® app service is temporarily unavailable, Remote Start can be set.<br><br>**IMPORTANT:** When using Remote Start to delay a cycle, use only liquid HE detergent in the detergent dispenser and liquid Oxi or liquid color-safe bleach in the TimedOxi dispenser. Powdered detergents and laundry boosters may absorb moisture from a previous cycle and clump before the wash cycle begins.<br><br>Source: https://www.whirlpool.com/content/dam/global/documents/201809/service-manual-w11243198-smart-all-in-one-washer-dryer.pdf (2018) |

| U.S. Patent No. 8,914,526 | **Whirlpool** |
|---|---|
| | <br><br>Source: https://www.youtube.com/watch?v=LepB3nNiW68 |

| U.S. Patent No. 8,914,526 | **Whirlpool** |
|---|---|
| |  Source: https://www.youtube.com/watch?v=LepB3nNiW68 |

| U.S. Patent No. 8,914,526 | **Whirlpool** |
|---|---|
| | <br><br>Source: https://www.youtube.com/watch?v=LepB3nNiW68 |

| U.S. Patent No. 8,914,526 | **Whirlpool** |
|---|---|
| | <br><br>Source: https://www.youtube.com/watch?v=LepB3nNiW68 |

| U.S. Patent No. 8,914,526 | **Whirlpool** |
|---|---|
| |  Source: https://www.youtube.com/watch?v=LepB3nNiW68 |
| [57C] wherein: said first circuitry arrangement is adapted by its programming to initiate an establishment of network connections to said second circuitry arrangements;; | The first circuitry arrangement (Whirlpool cloud services (Whirlpool app backend) is adapted by its programming to initiate an establishment of network connections to said second circuitry arrangements (use Whirlpool app to Access Home Control to manage smart appliances and set up routines) |

| U.S. Patent No. 8,914,526 | **Whirlpool** |
|---|---|
| | <br>Source: https://www.whirlpool.com/smart-appliances.html#feature-carousel |

| U.S. Patent No. 8,914,526 | **Whirlpool** |
|---|---|
| | <br><br>**Remote Control**<br><br>Preheat the oven and monitor your appliance status and cooking progress all from the app.[1]<br><br>**Shop This Feature**<br><br>Source: https://www.whirlpool.com/smart-appliances/app.html#phone-section |
| [57D] the user access browser located on the first network is usable, by input of Uniform Resource Locators (URL), for locating and examining information on said first network and said user premises networks; | Whirlpool app (located on the first network) operates as access-browser functionality to locate and retrieve information from Whirlpool cloud and from the user's device state, Requests use URL/URI-addressed resources (HTTP/HTTPS endpoints). User selections within the UI (e.g., choosing device such as Dryer) cause the client to access predetermined URL/URI locations corresponding to those services/resources. |

| U.S. Patent No. 8,914,526 | **Whirlpool** |
|---|---|
| | <br><br>Source: https://www.whirlpool.com/smart-appliances/app.html |
| [57E] each of the at least the subset of second circuitry arrangements is | Each of the at least the subset of second circuitry arrangements (such as dryer.) is accessible by the first circuitry arrangement (Whirlpool app) |

| U.S. Patent No. 8,914,526 | **Whirlpool** |
|---|---|
| accessible by the first circuitry arrangement; | <br><br>Source: https://www.whirlpool.com/smart-appliances/app.html |
| [57F] responsive to user-input of a URL in accordance with which said user access browser accesses a | When a user accesses Whirlpool services (via UI selections that cause the client to access service URL/URI endpoints), Whirlpool cloud services rely on authorization data (account login and device registration) to determine which registered device (and associated premises networks/locations) the user is authorized to monitor/control.  Which means responsive to user-input of a URL in accordance with which said user access browser accesses a predetermined location on said first network to which address the URL corresponds, said first circuitry arrangement subsequently, by execution of its programming: determines which one of said |

| U.S. Patent No. 8,914,526 | **Whirlpool** |
|---|---|
| predetermined location on said first network to which address the URL corresponds, said first circuitry arrangement subsequently, by execution of its programming: determines which one of said user premises networks in which one of said second circuitry arrangements is located authorization data indicates authority to at least one of monitor and control; | user premises networks in which one of said second circuitry arrangements is located authorization data indicates authority to at least one of monitor and control.<br><br>Source: https://www.whirlpool.com/content/dam/global/documents/201809/service-manual-w11243198-smart-all-in-one-washer-dryer.pdf (2018) |

| U.S. Patent No. 8,914,526 | **Whirlpool** |
|---|---|
| | **Set a Remote Start**<br><br>Remote Start mode allows the consumer to start their washer/dryer remotely from the Whirlpool® app.<br><br>After preparing your laundry load and selecting your cycle settings, touch and hold the DOWNLOAD & GO button for 3 seconds. The Remote Start status indicator (▯) and the indicator above the Start/Pause button will begin blinking. Touch and hold START/PAUSE to set the mode. The indicator above Start/Pause will go out, and the Remote Start indicator will be solidly lit.<br><br>When a Remote Start command is received from the app, the washer/dryer will start the cycle, causing the indicator above Start/Pause to be lit (indicating running state). The Remote Start indicator will remain lit.<br><br>HELPFUL TIP: Make sure that the washer/dryer remains closed and the cycle is not adjusted until the cycle is started. Any interaction with the washer/dryer itself after a Remote Start has been set will cancel the Remote Start. If the washer/dryer needs to be paused to add garments, the Remote Start will need to be reinitiated.<br><br>NOTE: If no WiFi connection is available, the Remote Start will not be set. The WiFi indicator (≋) will blink for 2 seconds, then go out. If the washer/dryer is WiFi connected but the Whirlpool® app service is temporarily unavailable, Remote Start can be set.<br><br>IMPORTANT: When using Remote Start to delay a cycle, use only liquid HE detergent in the detergent dispenser and liquid Oxi or liquid color-safe bleach in the TimedOxi dispenser. Powdered detergents and laundry boosters may absorb moisture from a previous cycle and clump before the wash cycle begins.<br><br>Source: https://www.whirlpool.com/content/dam/global/documents/201809/service-manual-w11243198-smart-all-in-one-washer-dryer.pdf (2018) |
| [57G] initiates an establishment of a network connection to | Upon authorized access (e.g., using Whirlpool app to monitor/control smart appliances, Whirlpool cloud services establish network communications with the specific registered smart appliance to access device stored data and/or deliver commands/updates. These interactions are implemented as network sessions (e.g., HTTPS/TLS request/response sessions and/or |

| U.S. Patent No. 8,914,526 | **Whirlpool** |
|---|---|
| said one of said second circuitry arrangements to create a new communications session for a temporary interconnection between said first network and said determined one of said user premises networks to at least one of control and monitor operation of at least one of the one or more devices of said user premises network, by which communications session the first network: | cloud synchronization sessions) that temporarily interconnect smart appliance cloud and the specific user premises network during the access/control transaction.<br><br><br><br>Source: https://www.whirlpool.com/smart-appliances.html#feature-carousel<br><br>**Control your smart appliances with the Whirlpool® App**<br><br>Whether you're at home or on-the-go, you can control your Whirlpool® Smart Appliances with the Whirlpool® App.1 Instead of using a separate laundry app or kitchen app, it's easy to download the Whirlpool® App and connect to your smart kitchen and laundry appliances. Once you're connected, you can control your smart oven, washer and dryer and more from your mobile device or tablet. Send cooking instructions to your oven or schedule a wash cycle on your washing machine. Then, use the app to track progress and receive a notification when a task is complete. The Whirlpool® App helps you spend less time checking on your appliances so you can spend more time with your family.<br><br>Source: https://www.whirlpool.com/smart-appliances/app.html |
| [57H] obtains information contained within the user premises network from | Obtains information contained within the user premises network from the second circuitry arrangement （for example，a dryer） of the determined user premises network. |

| U.S. Patent No. 8,914,526 | **Whirlpool** |
|---|---|
| the second circuitry arrangement of the determined user premises network; and | Source: https://www.whirlpool.com/smart-appliances/app.html |
| [57I] using a web server, serves to the user access browser the information from the second circuitry arrangement of the determined user premises network; | Using a web server(Whirlpool cloud server), serves to the user access browser(Whirlpool app) the information from the second circuitry arrangement of the determined user premises network; |

| U.S. Patent No. 8,914,526 | **Whirlpool** |
|---|---|
| | **2. Usage Information**<br><br>Usage Information we collect may include: (i) your device ID and IP address, which is a unique set of numbers assigned to your computer by your Internet Service Provider (ISP); (ii) the type of browser and operating system you use; (iii) your Smart Appliance ID, serial and part numbers, other device identifiers, and IP address, including when you connect a Smart Appliance to our network; (iv) the physical location of your device or Smart Appliance (as determined, for example, using satellite, cell phone tower, and WiFi signals); and (v) if you use our App, where you downloaded it and how often you use it. We may collect other Usage Information about your online sessions, such as the URL you came from to get to our Websites, the sites you visit when you leave us, and the method you used to browse away from the page. This may include Website page and App interaction information and other electronic communications and content from your use of the Website and App. This might also include the date, time, and location of your visit; the areas of the Website and App you visit and for how long; what search terms, contact information, or other data you enter; mouse movements; screen captures; products or content you view; or links you click.<br><br>After you connect a Smart Appliance to our network, we may automatically collect Usage Information from the Smart Appliance on a periodic basis, including status (such as whether the Smart Appliance is off or on, and details about the cycle or function it is performing), instructions that have been entered on the Smart Appliance, and aspects of its environment that may affect how it operates (such as input voltage, signal strength, and air temperature). We may also track and collect App usage data, such as the date and time the App accesses our servers, your interactions with the App, what information has been downloaded to the App, and the instructions that are transmitted to the Smart Appliance.<br><br>Source: https://www.whirlpoolcorp.com/privacy-policy.html<br><br>Source: https://www.whirlpool.com/smart-appliances/app.html |
| [57J] the communications session provides a seamless access to | The communications session provides a seamless access to information stored on said determined one of said user premises networks from said user access browser. |

| U.S. Patent No. 8,914,526 | **Whirlpool** |
|---|---|
| information stored on said determined one of said user premises networks from said user access browser; and | <br><br>Source: https://www.whirlpool.com/smart-appliances/app.html |
| [57K]the at least one of control and monitoring of the at least one device using the first circuitry arrangement is possible only by interaction with information served by said one of said second circuitry arrangements. | The at least one of control and monitoring of the at least one device using the first circuitry arrangement is possible only by interaction with information served by said one of said second circuitry arrangements.<br><br>Whirlpool app has interface to control and monitor the device(for example, a dryer), the interface has remote management interface to set dryer, which means at least one of control and monitoring of the at least one device using the first circuitry arrangement (remote control and monitor the device) is possible only by interaction with information served by said one of said second circuitry arrangements (for example, dryer), when the dryer set a remote start to allow remote controlled by Whirlpool app. |

| U.S. Patent No. 8,914,526 | **Whirlpool** |
|---|---|
| |  Source: https://www.whirlpool.com/smart-appliances/app.html |

| U.S. Patent No. 8,914,526 | **Whirlpool** |
|---|---|
| | **Set a Remote Start**<br><br>Remote Start mode allows the consumer to start their washer/dryer remotely from the Whirlpool® app.<br><br>After preparing your laundry load and selecting your cycle settings, touch and hold the DOWNLOAD & GO button for 3 seconds. The Remote Start status indicator (▯) and the indicator above the Start/Pause button will begin blinking. Touch and hold START/PAUSE to set the mode. The indicator above Start/Pause will go out, and the Remote Start indicator will be solidly lit.<br><br>When a Remote Start command is received from the app, the washer/dryer will start the cycle, causing the indicator above Start/Pause to be lit (indicating running state). The Remote Start indicator will remain lit.<br><br>**HELPFUL TIP:** Make sure that the washer/dryer remains closed and the cycle is not adjusted until the cycle is started. Any interaction with the washer/dryer itself after a Remote Start has been set will cancel the Remote Start. If the washer/dryer needs to be paused to add garments, the Remote Start will need to be reinitiated.<br><br>**NOTE:** If no WiFi connection is available, the Remote Start will not be set. The WiFi indicator (📶) will blink for 2 seconds, then go out. If the washer/dryer is WiFi connected but the Whirlpool® app service is temporarily unavailable, Remote Start can be set.<br><br>**IMPORTANT:** When using Remote Start to delay a cycle, use only liquid HE detergent in the detergent dispenser and liquid Oxi or liquid color-safe bleach in the TimedOxi dispenser. Powdered detergents and laundry boosters may absorb moisture from a previous cycle and clump before the wash cycle begins.<br><br>Source: https://www.whirlpool.com/content/dam/global/documents/201809/service-manual-w11243198-smart-all-in-one-washer-dryer.pdf (2018) |