# EXHIBIT D

## Portus Singapore Pte Ltd v. Whirlpool Smart Appliance
## Infringement Chart for U.S. Patent No 9,961,097

| U.S. Patent No. 9,961,097 | Whirlpool |
|---|---|
| 1. A system for remote access of a user premises comprising: | Whirlpool Corporation provides A system ( including Whirlpool Smart Appliance, Whirlpool cloud and Whirlpool App) for remote access of a user premises.<br><br>Whirlpool Corporation provides Whirlpool Smart Appliance (such as smart wall ovens/ oven-microwave combos (e.g., WOC75EC0HS), smart slide-in ranges (e.g., WEE750H0H), smart over-the-range microwaves (e.g., WMHA9019H); Smart laundry (e.g., WFW9620HC) and smart front-load dryer (e.g., WGD9620HC), smart dishwasher families with Whirlpool® app connectivity) deployed within a home (user premises) and connected to Whirlpool App services for remote access of user premises,<br><br><br><br>Source: https://www.whirlpool.com/smart-appliances.html |

| U.S. Patent No. 9,961,097 | **Whirlpool** |
|---|---|
| | Source: https://www.whirlpool.com/smart-appliances.html#feature-carousel |

| U.S. Patent No. 9,961,097 | **Whirlpool** |
|---|---|
| | **Whirlpool Corporation Teams with IBM Services to Manage Global Operations on the Cloud**<br><br>@ Amy Ralls  | October 26, 2018  Member News<br><br>ARMONK, N.Y., Oct. 25, 2018 — IBM (NYSE: IBM) and Whirlpool Corporation today announced that Whirlpool will use IBM Cloud to manage and provide 24/7 access to the company's critical enterprise applications including enterprise resource planning, customer relationship management, and business warehouse to help provide worldwide operations efficiency.<br><br>As Whirlpool Corporation purposefully innovates its smart appliances to fulfill real human needs, it must increasingly rely on growing amounts of data to achieve what consumers expect from the world's leading manufacturer of major home appliances.<br><br>In working with IBM on a cloud-based approach, the Benton Harbor, Mich., based Whirlpool Corporation will leverage the flexibility and scalability of the IBM Cloud to run Whirlpool's SAP HANA environments, including around the clock insights into its 70 manufacturing global sites, its distribution and call centers, and other systems to provide worldwide access and increased efficiencies.<br><br>Source:    https://www.ascdi.com/whirlpool-corporation-teams-with-ibm-services-to-manage-global-operations-on-the-cloud/ |
| [1A] a first hardware processing circuitry running an access browser module; a second hardware processing circuitry located in a first network; and | The system includes a first hardware processing circuitry running an access browser module (Whirlpool Smart Appliance control panel and/or smartphones/tablets running the Whirlpool App), a second hardware processing circuitry (Whirlpool cloud services) located in the first network(Whirlpool cloud services network) |

| U.S. Patent No. 9,961,097 | **Whirlpool** |
|---|---|
| |  Source: https://www.whirlpool.com/smart-appliances.html#feature-carousel |

| U.S. Patent No. 9,961,097 | **Whirlpool** |
|---|---|
| |  Source: https://homedelivery.whirlpoolcorp.com/kitchen/cooking/ranges/slide-in/p.6.4-cu.-ft.-smart-slide-in-electric-range-with-air-fry,-when-connected.wee750h0hw.html |
| [1B] a connection gateway that is located in, and is part of a local network of, the user premises; | The Whirlpool Smart Appliance acts as a connection gateway, that is located in, and is part of a local network of, the user premises. For example, Whirlpool Dishwasher acts as a connection gateway to remote control sensors and actuators the Dishwasher to operate in different mode. |

| U.S. Patent No. 9,961,097 | **Whirlpool** |
|---|---|
| |  |
| | Source:    https://www.whirlpool.com/content/dam/global/documents/201612/instruction-sheet-W10901596-RevA.pdf (12/16) |
| [1C] wherein: the second hardware | The second hardware processing circuitry (Whirlpool cloud services)  is external to the user premises, is accessible via the access browser module (Whirlpool Smart Appliance control panel and/or smartphones/tablets running the Whirlpool App) , and is configured |

| U.S. Patent No. 9,961,097 | **Whirlpool** |
|---|---|
| processing circuitry is external to the user premises, is accessible via the access browser module, and is configured to communicate on-demand with the connection gateway; | to communicate on-demand with the connection gateway;<br><br><br><br>Source: https://www.whirlpool.com/content/dam/global/documents/201612/instruction-sheet-W10901596-RevA.pdf (12/16) |

| U.S. Patent No. 9,961,097 | **Whirlpool** |
|---|---|
| | **Set a Remote Start**<br><br>Remote Start mode allows the consumer to start their washer/dryer remotely from the Whirlpool® app.<br><br>After preparing your laundry load and selecting your cycle settings, touch and hold the DOWNLOAD & GO button for 3 seconds. The Remote Start status indicator (▯) and the indicator above the Start/Pause button will begin blinking. Touch and hold START/PAUSE to set the mode. The indicator above Start/Pause will go out, and the Remote Start indicator will be solidly lit.<br><br>When a Remote Start command is received from the app, the washer/dryer will start the cycle, causing the indicator above Start/Pause to be lit (indicating running state). The Remote Start indicator will remain lit.<br><br>**HELPFUL TIP:** Make sure that the washer/dryer remains closed and the cycle is not adjusted until the cycle is started. Any interaction with the washer/dryer itself after a Remote Start has been set will cancel the Remote Start. If the washer/dryer needs to be paused to add garments, the Remote Start will need to be reinitiated.<br><br>**NOTE:** If no WiFi connection is available, the Remote Start will not be set. The WiFi indicator (⧀) will blink for 2 seconds, then go out. If the washer/dryer is WiFi connected but the Whirlpool® app service is temporarily unavailable, Remote Start can be set.<br><br>**IMPORTANT:** When using Remote Start to delay a cycle, use only liquid HE detergent in the detergent dispenser and liquid Oxi or liquid color-safe bleach in the TimedOxi dispenser. Powdered detergents and laundry boosters may absorb moisture from a previous cycle and clump before the wash cycle begins.<br><br>Source: https://www.whirlpool.com/content/dam/global/documents/201809/service-manual-w11243198-smart-all-in-one-washer-dryer.pdf (2018) |
| [1D] the connection gateway is integrated with or communicatively coupled to one or more networked components of the local network of the user premises; and | the connection gateway in Whirlpool Smart Appliance  is integrated with or communicatively coupled to one or more networked components (Whirlpool Smart Appliance )  of the local network of the user premises; |

| U.S. Patent No. 9,961,097 | **Whirlpool** |
|---|---|
| |  Source: https://www.whirlpool.com/content/dam/global/documents/201809/service-manual-w11243198-smart-all-in-one-washer-dryer.pdf (2018) |
| [1E] the system is configured such that user-input of a Uniform Resource Locator (URL), in accordance with which | the system is configured such that user-input of a Uniform Resource Locator (URL), in accordance with which the first hardware processing circuitry, using the access browser module, accesses an address on the first network.<br><br>Whirlpool app operates as access-browser functionality to locate and retrieve information from Whirlpool cloud, Requests use URL/URI-addressed resources (HTTP/HTTPS endpoints). User selections within the UI (e.g., choosing device such as Dryer) |

| U.S. Patent No. 9,961,097 | Whirlpool |
|---|---|
| the first hardware processing circuitry, using the access browser module, accesses an address on the first network, begins a sequence in which the second hardware processing circuitry responsively serves to the first hardware processing circuitry, via the access browser module, information regarding at least one of the one or more networked components of the local network, which information the second hardware processing circuitry obtains from the connection gateway without a direct communicative coupling between the second hardware processing circuitry and the at least one networked component of the local network, | cause the client to access predetermined URL/URI locations corresponding to those services/resources, begins a sequence in which the second hardware processing circuitry(Whirlpool  cloud services)   responsively serves to the first hardware processing circuitry, via the access browser module (Whirlpool app), information regarding at least one of the one or more networked components ( dryer) of the local network, which information the second hardware processing circuitry obtains from the connection gateway without a direct communicative coupling between the second hardware processing circuitry and the at least one networked component of the local network, |

| U.S. Patent No. 9,961,097 | **<u>Whirlpool</u>** |
|---|---|
| | <br><br>Source: https://www.whirlpool.com/smart-appliances/app.html |

| U.S. Patent No. 9,961,097 | **Whirlpool** |
|---|---|
| [1F] wherein the sequence includes the first hardware processing circuitry transmitting to the second hardware processing circuitry authentication data indicating authority to access the at least one networked component of the local network, the transmission of the authentication data being required for the serving of the information to the first hardware processing circuitry, and wherein: | The sequence includes the first hardware processing circuitry transmitting to the second hardware processing circuitry authentication data (Whirlpool Account) indicating authority to access the at least one networked component of the local network, the transmission of the Appliances Account being required for the serving of the information to the first hardware processing circuitry,<br><br><br><br>Source: https://www.whirlpool.com/content/dam/global/documents/201809/service-manual-w11243198-smart-all-in-one-washer-dryer.pdf (2018) |
| [1G] the user premises is one of a plurality of user premises; the connection gateway is one of a plurality of connection gateways, each of which is located in, and is part of a | The user premises is one of a plurality of user premises ( the system can control several homes), each home is a user premise. The connection gateway is one of a plurality of connection gateways, each of which is located in, and is part of a respective local network of, a respective one of the plurality of user premises ( each home can have a Whirlpool Smart Appliance), and to each of which the second hardware processing circuitry (whirlpool cloud services) is configured to connect. |

| U.S. Patent No. 9,961,097 | **Whirlpool** |
|---|---|
| respective local network of, a respective one of the plurality of user premises, and to each of which the second hardware processing circuitry is configured to connect; and | <br><br>Source: https://www.whirlpool.com/smart-appliances/app.html |
| [1H] the sequence further including the second hardware processing circuitry determining which one of | the sequence further including the second hardware(Whirlpool cloud services)  processing circuitry determining which one of the local networks the authentication data indicates authority to access, (the device registered to Whirlpool account can be accessed) |

| U.S. Patent No. 9,961,097 | Whirlpool |
|---|---|
| the local networks the authentication data indicates authority to access, |

Source: https://www.whirlpool.com/content/dam/global/documents/201809/service-manual-w11243198-smart-all-in-one-washer-dryer.pdf (2018) |
| [1I] the sequence further including the second hardware processing circuitry establishing a new communication session between the first hardware processing circuitry and the connection gateway of the respective local network that the authentication data | The sequence further including the second hardware processing circuitry establishing a new communication session between the first hardware processing circuitry and the connection gateway of the respective local network that the authentication data indicates authority to access upon verification of the authentication data, |

| U.S. Patent No. 9,961,097 | **Whirlpool** |
|---|---|
| indicates authority to access upon verification of the authentication data, and | <br><br>Source: https://www.whirlpool.com/content/dam/global/documents/201809/service-manual-w11243198-smart-all-in-one-washer-dryer.pdf (2018) |
| [1J] wherein the second hardware processing circuitry receives, via the connection gateway, selected information from at least one of the networked components of the local network of the user premises, and stores the selected information in the first network for subsequent | The second hardware processing circuitry receives, via the connection gateway, selected information from at least one of the networked components (for example, dryer) of the local network of the user premises, and stores the selected information in the first network (Whirlpool cloud) for subsequent review by a user associated with the user premises, without requiring the user to provide the authentication data |

| U.S. Patent No. 9,961,097 | **Whirlpool** |
|---|---|
| review by a user associated with the user premises, without requiring the user to provide the authentication data, and | Source: https://www.whirlpool.com/smart-appliances/app.html |
| [1K] wherein the authority to access the at least one networked component of the local network by transmitting the authentication data | The authority to access the at least one networked component of the local network by transmitting the authentication data also provides authority to access and review the previously stored selected information in the first network via the access browser module |

| U.S. Patent No. 9,961,097 | **Whirlpool** |
|---|---|
| also provides authority to access and review the previously stored selected information in the first network via the access browser module. | **VI. DATA SECURITY AND RETENTION**<br><br>**Data Security.** We are committed to maintaining the security of the data you provide to us. We use reasonable organizational, technical, and administrative measures designed to protect Personal Information that we store or otherwise process, including preventing loss or theft and unauthorized access, use, disclosure or alteration of Personal Information. We also seek to use third-party service providers capable of protecting the information they maintain or process for us. Unfortunately, no data transmission over the internet or storage system can be guaranteed to be 100% secure. If you have any security concerns (for example, if you feel that the security of any account you might have with us has been compromised), please immediately notify us using the information in the "Contact Us" section below.<br><br>Source: https://www.whirlpoolcorp.com/privacy-policy.html<br><br>**MULTIPLE USER APPLIANCES**<br><br>In general, when you connect your account to your Smart Appliance, your account will have administrative control over your Smart Appliance. However, some Smart Appliances may be connected to multiple accounts ("Multiple User Appliances"). For Multiple User Appliances, the first account to connect ("Primary Account") will have administrative control and may have the ability to subsequently authorize other accounts to connect ("Secondary Accounts"). The Primary Account may have access to features and functions not available for the Secondary Account. The Primary Account is solely responsible for all use of the Smart Appliance by any Secondary Account users as though their activity had occurred under the Primary Account.<br><br>Source: https://www.whirlpoolcorp.com/legal-notice.html |